THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SAQUASKI MARKESE GIVAN, #244725,   )
                                                     )
    Petitioner,                        )
                                                   )
v.                              )     2:09-CV-15-TMH
                                                   )        [WO]
                                                   )
KENNETH JONES, *et al.*,            )
                                                 )
    Respondents.             )

## **ORDER**

On October 26, 2010, the Magistrate Judge filed a Report and Recommendation (Doc. 10) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

    1.    The Recommendation (Doc. 10) of the Magistrate Judge is ADOPTED;

    2.    This 28 U.S.C. § 2254 petition for habeas corpus relief filed by Petitioner be DENIED, as Petitioner failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2254(d)(1)(A); and

    3.    This case be DISMISSED with prejudice.

An appropriate judgment will be entered.

Done this 14th day of December, 2010.

                            /s/ Truman M. Hobbs

                            SENIOR UNITED STATES DISTRICT JUDGE